# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| JENNA COPPOLA, individually, <br><br> *Plaintiff,* <br><br> vs. <br><br> ARONESTY AND SANTORO, INC., a Florida Corporation; and SCOTT ARONESTY, individually, <br><br> *Defendants*. | **CASE NO: 9:17cv80568** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jenna Coppola, pursuant to Fed. R. Civ. P. 41(a), and through her undersigned counsel, files this Notice of Voluntary Dismissal of the above-styled action without prejudice.

Dated: June 29, 2017

Respectfully submitted,

/s/ *David J. Yaffe*
David J. Yaffe
Florida Bar No.: 125488
dyaffe@pollardllc.com

Jonathan E. Pollard
Florida Bar No.: 83613
jpollard@pollardllc.com

Pollard PLLC
401 E. Las Olas Blvd #1400
Fort Lauderdale, FL 33301
Telephone: (954) 332-2380
Facsimile: (866) 594 5731
*Attorneys for Plaintiff Jenna Coppola*

*Jenna Coppola v. Aronesty and Santoro, Inc., et al*
CASE NO. 9:17cv80568

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email on June 29, 2017 on all counsel or parties of record on the Service List below.

/s/ *David J. Yaffe*

# SERVICE LIST

Steven L. Schwarzberg, Esq.
steve@schwarzberglaw.com
mail@schwarzberglaw.com
Lisa Kohring
lkohring@schwarzberglaw.com
SCHWARZBERG & ASSOCIATES
625 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel: 561-659-3300
Fax: 561-693-4540
Attorneys for Defendants Aronesty & Santoro, Inc.
and Scott Aronesty